

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-13-00030-CR, 06-13-00031-CR,
06-13-00032-CR & 06-13-00033-CR

ROBERT LYNN MCCARVER, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court Nos. CR01215, CR01228, CR01229 & CR01260

Before Morriss, C.J., Carter and Moseley, JJ.

# O  R  D  E  R

Court reporter Terry Spangler recorded the trial court proceedings in cause numbers 06-13-00030-CR, 06-13-00031-CR, 06-13-00032-CR, and 06-13-00033-CR, all styled *Robert Lynn McCarver v. The State of Texas*, in the 6th Judicial District Court of Red River County, Texas. The reporter's record was originally due in these cases January 18, 2013. On March 7, 2013, forty-eight days after the deadline, Spangler finally filed the record; however, the exhibits to the record were not included. Spangler was instructed by our clerk's office to immediately file the missing exhibits, thereby completing the appellate record, but we have received nothing further from her.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the complete appellate record in these cases.

We, therefore, order Terry Spangler to file the exhibits to the reporter's record in cause numbers 06-13-00030-CR, 06-13-00031-CR, 06-13-00032-CR, and 06-13-00033-CR, all styled *Robert Lynn McCarver v. The State of Texas*, trial court cause numbers CR01215, CR01228, CR01229, and CR01260, to be received by this Court no later than Friday, April 5, 2013.

IT IS SO ORDERED.

                                        BY THE COURT

Date:   March 22, 2013